An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PARDEE HOMES,
Appellant,
vs.
RAMON GARCIA; AND MARIA CHAVEZ,
Respondents.

No. 62844

**FILED**

OCT 23 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant filed notices with this court indicating that it has paid in full the district court judgments in favor of respondents and that this appeal is now moot. We construe these notices as motions to voluntarily dismiss this appeal, and we grant the motions. We therefore dismiss this appeal, with the parties to bear their own costs and attorney fees. NRAP 42(b).[1]

It is so ORDERED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Cherry

---

[1]In light of this order, all other requests for relief are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-31934

cc: Hon. Allan R. Earl, District Judge
Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
Maria Chavez
Ramon Garcia
Eighth District Court Clerk